**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| In re: | * | |
| YUNIOR PAYANO DE LA ROSA<br>PAULINA ALEXANDRA PAYANO | * | Case No.: 09-28093 |
| | * | Chapter 7 |
| Debtors | * | |
| * * * * * * | * | * * * * * |
| YUNIOR PAYANO DE LA ROSA, et al. | * | |
| Plaintiffs | * | |
| v. | * | |
| MONTGOMERY COUNTY TEACHERS<br>FEDERAL CREDIT UNION | * | Adversary No.: 10-00039-TJC |
| | * | |
| Defendant | | |
| * * * * * * | * | * * * * * |
| MONTGOMERY COUNTY TEACHERS<br>FEDERAL CREDIT UNION | * | |
| | * | |
| Third party Plaintiff | * | |
| v. | * | |
| VINCE E. FLOOK D/B/A VINNY'S<br>TOWING AND RECOVERY et al. | * | |
| Third Party Defendants. | * | |
| * * * * * * | * | * * * * * |

1

### THIRD PARTY DEFENDANT, U.S. TRANSNET CORP.'S
### MOTION TO DISMISS THIRD PARTY COMPLAINT
### <u>AND STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT THEREOF</u>

Plaintiff, U.S. Transnet Corp., by Adam M. Spence and the Law Offices of Spence & Buckler, P.C., its attorneys, and pursuant to Fed R. Civ. P. 12(b)(1), made applicable to these proceedings by Fed. R. Bankr. P.7012(b), moves to dismiss the Third Party Complaint (the "Third-Party Complaint") filed by Defendant, Montgomery County Teachers Federal Credit Union ("MCTFCU"), for the reasons set forth in Co-Third Party Defendant, Vince E. Flook d/b/a Vinny's Towing and Recovery's Motion to Dismiss Third Party Complaint (Docket Entry. No. 28), which is adopted in full and incorporated herein by reference.

Respectfully Submitted,

/s/ Adam M. Spence
_____
Adam M. Spence, Esq., #14356
The Law Offices of Spence & Buckler, P.C.
100 W. Pennsylvania Avenue, Suite 301
Towson, MD 21204
(410) 823-5003
Fax:  (443) 836-9181
***Attorney for U.S. Transnet Corp.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on this 1st day of June, 2010, a copy of the foregoing was served electronically via the Court's CM/ECF system upon all users registered in this case, including:

M. Christina Gonzaga-Hamilton, Esq.  
Goren, Wolff & Orenstein, LLC  
Shady Grove Plaza, Ste. 465 North  
Rockville, Maryland 20850  
Attorneys for Plainitff

Craig F. Ballew, Esq.  
Michael K. Hourigan, Esq.  
Ferguson, Schetelich & Ballew, P.A.  
100 S. Charles St., Ste. 1401  
Attorneys for Montgomery County  
Teachers Federal Credit Union

Andrew L. Cole, Esq.  
Franklin & Prokepik, P.C.  
The B & O Building  
Two N. Charles St., Ste. 600  
Baltimore, Maryland 21201  
Attorneys for Vince E. Flook  
d/b/a Vinny's Towing and Recovery

/s/ Adam M. Spence  
_____  
Adam M. Spence