

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | | |
|---|---|---|---|
| In Re: | * | | |
| Yunior Payano de la Rosa | * | Case No. | 09-28093 TJC |
| Paulina Alezandra Payano | * | Chapter | 7 |
| Debtor(s) | * | | |

**************************************

| | | | |
|---|---|---|---|
| Yunior Payano de la Rosa | * | | |
| Paulina Alezandra Payano | | | |
| | * | | |
| Plaintiff(s) | * | | |
| vs. | * | Adversary | No. 10-00039 |
| Montgomery County Teachers Federal Credit Union | * | | |
| | * | | |
| Defendant(s) | * | | |
| | * | | |

**************************************

| | |
|---|---|
| Montgomery County Teachers Federal Credit Union | * |
| | * |
| | * |
| Third Party Plaintiff(s) | * |
| | * |
| Vince E. Flook d/b/a Vinny's Towing and Recovery and U.S. Transnet Corp. | * |
| | * |
| | * |
| Third Party Defendant(s) | * |

**SCHEDULING ORDER**

For good cause appearing, IT IS HEREBY ORDERED, THAT:

1. The parties shall comply with the initial disclosure requirements of Fed.R.Civ.P 26(a).

2. If this Scheduling Order is being entered in a Contested Matter, Fed.R.Civ.P 26(a)(2) applies. (Note: Fed.R.Civ.P 26 (a)(2) applies in all adversary proceedings.)

3. Expert witnesses and reports are to be disclosed and furnished by **August 1, 2010**.

4. Counter-designation of expert witnesses and reports are to be disclosed and furnished by **August 31, 2010.**

5. Discovery is to be completed by **September 30, 2010.**

6. Dispositive motions by any party by **November 14, 2010.**

7. The original and two copies of the exhibit list and exhibits and list of witnesses are to be filed as required by Local Bankruptcy Rule 7016-1(c), and copies exchanged with opposing counsel by **January 23, 2011**. The parties must also file any portion of a deposition that will be offered by a party in its case in chief, and must identify the witness, date, line numbers and pages of the deposition, and provide a copy of same. Any other party must make a counter- designation as under Rule 32(a)(4) Fed.R.Civ.P. by **February 7, 2011**.

    **INSTRUCTIONS FOR EXHIBITS REQUIRED TO BE PRE-FILED.**

    Each set of pre-filed Exhibits shall be bound, or in loose leaf cover, and shall begin with the exhibit list identifying each exhibit by number. Each exhibit shall be tabbed by exhibit number.

    **IF EXHIBITS ARE NOT PRE-FILED AS REQUIRED BY THIS ORDER, THEY MAY BE EXCLUDED FROM EVIDENCE**.

8. Exhibits not objected to in writing by **February 22, 2011** will stand as admitted into evidence.

9. All parties must file pre-trial statements in conformity with Local Bankruptcy Rule 7016-1(b) by **February 22, 2011**.

*10. A final pre-trial conference **March 2, 2011 at 10:00 a.m.**. Upon advance notice to the Court, this conference may be conducted telephonically.

11. Trial time estimate **1/2 day.**

*12. TRIAL IS SET FOR **March 9, 2011 at 10:30 a.m..**

13. Copies of all pleadings are to be served on the U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland 20770.

**\* SPECIAL NOTICE TO ALL PARTIES**:

**FAILURE TO COMPLY WITH THE SCHEDULING ORDER MAY RESULT IN SANCTIONS BEING IMPOSED BY THE COURT ON THE OFFENDING PARTY, INCLUDING, BUT NOT LIMITED TO, DISMISSAL OF THE ACTION.**

**ALL PARTIES ARE ADVISED TO REVIEW CAREFULLY LOCAL RULE 9018-1 CONCERNING THEIR OBLIGATIONS TO LIMIT THE INTRODUCTION OF PRIVATE INFORMATION AND TO REVIEW TRANSCRIPTS TO REDACT PRIVATE INFORMATION.**

TJC 3/2/2010
[rh]

**End of Order**